173 So. 922

**NEW YORK LIFE INS. CO. v. Leola B. YOUNGBLOOD.**

**7 Div. 239.**

Court of Appeals of Alabama.

April 6, 1937.

SAMFORD, Judge.

Appeal dismissed on motion of appellant.

170 So. 922

**Tom NIXON v. STATE.**

**4 Div. 255.**

Court of Appeals of Alabama.

Nov. 17, 1936.

RICE, Judge.

Appeal dismissed.

169 So. 911

**Clayton NORRIS v. STATE.**

**6 Div. 13.**

Court of Appeals of Alabama.

May 19, 1936.

SAMFORD, Judge.

Appeal dismissed.

167 So. 922

**Arthur OAKS v. STATE.**

**8 Div. 166.**

Court of Appeals of Alabama.

Feb. 25, 1936.

SAMFORD, Judge.

Appeal dismissed.

165 So. 921

**Arthur OAKS v. STATE.**

**8 Div. 169.**

Court of Appeals of Alabama.

Feb. 4, 1936.

BRICKEN, Presiding Judge.

Appeal dismissed.

174 So. 903

**Albert ODOM v. STATE.**

**8 Div. 529.**

Court of Appeals of Alabama.

May 25, 1937.

RICE, Judge.

Affirmed.

170 So. 921

**Lacy OLIVER v. STATE.**

**8 Div. 425.**

Court of Appeals of Alabama.

Oct. 27, 1936.

SAMFORD, Judge.

Affirmed.

167 So. 922

**Arthur W., alias Jack, O'NEAL, alias Jack Neal, v. STATE.**

**1 Div. 248.**

Court of Appeals of Alabama.

March 10, 1936.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.